**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Chip-Tech, Ltd., | ) | No. CV07-165-PHX-FJM (MHB) |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Microsemi Corporation, | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before this Court on an Order to Show Cause (Doc. #53) issued on May 2, 2008, and after a review of Defendant's Declaration of Linda Kelly (Doc. #54), Plaintiff's Statement of Attorney's Fees and Costs (Doc. #55), and hearing arguments of counsel at a Show Cause hearing held this date, the Court makes the following findings:

The parties requested a settlement conference during the Scheduling Conference before the Honorable Frederick Martone on November 9, 2007 (Doc. #48). Pursuant to that request and District Judge referral, this Court issued a Settlement Conference Order on March 21, 2008 (Doc. #52), which ordered the parties to appear for a settlement conference on May 2, 2008, at 9:30 a.m. Plaintiff appeared with counsel at the conference, and Defendant's counsel appeared without a representative of Defendant Corporation. Linda Kelly, Director of Corporate Finance and Special Projects had planned to attend, but was over an hour-and-a half late, arriving after the conference had been vacated. She thereafter presented a detailed sworn declaration as to why she was not present, and this Court has no reason to dispute her reasons given.

1   The Settlement Conference Order also directed the parties to exchange settlement
2 correspondence, to include a demand and reply, before the settlement conference. Plaintiff
3 complied with this direction and Defendant did not. Counsel for Defendant indicated at the
4 Order to Show Cause hearing that this non-compliance was negligence on his part.

5   Pursuant to Rule 16(f), Fed.R.Civ.P., this Court finds no intentional conduct or bad
6 faith on the part of Defendant; however, Plaintiff incurred considerable costs and fees
7 justifiably relying on the occurrence of the settlement conference on May 2, 2008.
8 Defendant has not demonstrated that its noncompliance was substantially justified, that other
9 circumstances exist which makes an award of expenses unjustified, or that the fees requested
10 are unreasonable. Plaintiff's request for costs associated with having a second representative
11 of Plaintiff corporation attend the conference, and the costs associated with a second night
12 stay in Phoenix, have not been demonstrated to be reasonable. The remaining amount
13 requested for cost reimbursement is not unreasonable.

14   **IT IS THEREFORE ORDERED** that Defendant pay to Plaintiff its fees and costs
15 associated with the vacated settlement conference, in the amount of $375.11 for costs, and
16 $3,245.00 for fees, for a total of $3,620.11.

17   DATED this 2nd day of June, 2008.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge